IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
HONORABLE MARCIA S. KRIEGER

Courtroom Deputy: Patricia Glover  Date: October 10, 2008
Court Reporter: Paul Zuckerman

Criminal Action No. 08-cr-00356-MSK

*Parties*:  *Counsel Appearing*:

UNITED STATES OF AMERICA,  Stephen Tokarz

Plaintiff,

v.

ROBERT J. YANAVICH,  Harvey Steinberg

Defendant.

## COURTROOM MINUTES

HEARING: Motions (#11, 21, 22, 23, 24, 27, 30)

**8:04 a.m.** **Court in session**.

Defendant is not present. Mr. Steinberg requests to waive defendant's appearance and states he has authority to do so. Government has not objection.

**ORDER:** Defendant's Motion to Compel (**Doc. #21**), Defendant's Motion to Preserve (**Doc. #22**), Defendant's Motion for Disclosure of 404(b) Evidence **(Doc. #24)** are all **DENIED as moot.**

**ORDER:** Defendant's Motion for Release of Brady Material (**Doc. #23**) is **GRANTED**.

The Court addresses defendant's Motion to Dismiss (Doc. #27) and Motion to Suppress (Doc. #30). Defendant requestS both be set for hearing.

**ORDER:** Hearings on Motion to Dismiss and Motion to Suppress are set **December 22, 2008, at 8:30 a.m.,** in Courtroom A901, 901 19th Street, Denver, CO.

**ORDER:** Defendant's Motion to Continue Jury Trial (**Doc. #11**) is **DENIED** as moot.

**ORDER:** The trial currently set for **October 20, 2008** and the final pretrial conference set for **October 16, 2008 at 4:00 p.m.** are both **VACATED.** The trial and final pretrial conference will be reset at the time of ruling on the Motion to Suppress.

**ORDER:** Bond is continued.

**8:13 a.m.** **Court in recess.**

**Total Time: 9 minutes.**
**Hearing concluded.**