IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Criminal Action No. 08-cr-000356-MSK

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT J. YANAVICH,

    Defendant.

## ORDER EXONERATING BOND

As a result, all the conditions of an appearance bond imposed by the court as a pretrial matter to secure the defendant's release, pursuant to 18 U.S.C. § 3142(c), have been satisfied. Accordingly, it is

**ORDERED** that the bond in this case is hereby exonerated and the surety or sureties, if applicable, are released. It is further

**ORDERED** that the bail funds or property deposited into the registry of the court shall hereby be released by the clerk of the court, or a designated deputy, to the surety or the defendant.

DATED this 23rd day of August, 2010.

**BY THE COURT:**

*Marcia S. Krieger*

Marcia S. Krieger
United States District Judge